THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT

By: G. Michael Halfenger
    Chief United States Bankruptcy Judge

DATED:   March 13, 2024



G. Michael Halfenger
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:  
James Matthew Franklin and  
Christina Lynn Davis,  
           Debtors.

Chapter 7  
Case No. 24−21173−gmh

## ORDER FOR POSSIBLE DISMISSAL OF CASE

On March 12, 2024, the debtors filed a Voluntary Petition for Individuals Filing for Bankruptcy.

The debtors failed to <u>pay</u> the filing fee and did not file an application to pay the filing fee in installments or an application to waive the filing fee.

**IT IS ORDERED:** on or before **03/27/2024** the debtors must:

- Pay the filing fee in full or file a signed Application for Individuals to Pay the Filing Fee in Installments (Official Form 103A) or file a signed Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B)

**IT IS ORDERED:** if the debtors fail to file the items listed above by the stated deadline, the Court may enter an order dismissing the case without further notice or hearing.

####