FILED
2024 APR 29 AM 10:55
US BANKRUPTCY COURT
EASTERN DISTRICT OF WI

04/25/2024

Attention Judge Halsenger,

In the Case 24-21171gmh we received a letter stating that our chapter 7 bankruptcy was going to be dismissed due to us not showing up for our meeting of creditors. The letter stated that the U.S. Post Office stated that the mail was undeliverable to the address on file. We have received all other documents from the bankruptcy court pertaining to this case. The address listed is 1301 Mayer Street Menasha Wisconsin 54952. There should not have been a problem with the meeting of creditors being delivered. We did not get the documents and therefore we did not know when the meeting of creditors was being held. We are asking to have another meeting of creditors scheduled so that we may appear at the hearing. Thank you for your time and consideration on this matter.

C. Davis 4/25/2024
[signature] 4/25/2024

Official Form 420A (Notice of Motion or Objection) (12/16)

FILED
2024 APR 29 AM 10:55
US BANKRUPTCY COURT
EASTERN DISTRICT OF WI

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re

*[Set forth here all names including married, maiden, and trade names used by debtor within last 8 years.]*

Debtor

**James Franklin and Christina Davis**

Address  1301 Mayer Street, Menasha WI 54952

Case No. 24-21173-gmh

Chapter  7

Last four digits of Social Security or Individual Tax-payer Identification (ITIN) No(s)., (if any): 1583 and 1828

Employer's Tax Identification (EIN) No(s).(if any): _____

## NOTICE OF [MOTION TO ] [OBJECTION TO ]

_____ has filed papers with the court to [relief sought in motion or objection].

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to [relief sought in motion or objection], or if you want the court to consider your views on the [motion] [objection], then on or before (date), you or your attorney must:

[File with the court a written request for a hearing {*or, if the court requires a written response*, an answer, explaining your position} at:  
  Clerk U.S. Bankruptcy Court  
  Room 126, Ferderal Courthouse  
  517 E, Wisconsin Ave  
  Milwaukee WI 53202

If you mail your {request}{response} to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also send a copy to:
  Office of the U.S. Trustee
  517 E. Wisconsin Ave.
  Room 430
  Milwaukee WI 53202

[Attend the hearing scheduled to be held on (date), (year) , at ____ a.m./p.m. in Courtroom____, United States Bankruptcy Court, {address}.]

[Other steps required to oppose a motion or objection under local rule or court order.]

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: 04/25/2024

Signature: *[signature]*
Name: James Franklin
Address: 1301 Mayer St Menasha WI 54952

C. Davis
Christina Davis
1301 Mayer St Menasha WI 54952



UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

IN RE: James Matthew Franklin and  Case No. 24-21173-gmh
Christina Lynn Davis,
       Debtors.        Chapter 7

## NOTICE OF MOTION FOR ORDER DISMISSING CASE, AND
## MOTION FOR ORDER DISMISSING CASE

    Bruce A. Lanser, trustee in this case, has filed a Motion for Dismissal of this case on the grounds that the Debtors failed to appear as required by law at the Meeting of Creditors held pursuant to §341 of the Bankruptcy Code.

    **<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in the bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

    If you do not want the court to grant the trustee's motion to dismiss this case, or if you want the court to consider your views on the motion, then on or before May 03, 2024 , you or your attorney must:

1.     File with the court a written objection to the dismissal and a request for a hearing at:

        Clerk, U. S. Bankruptcy Court
        Room 126, Federal Courthouse
        517 E. Wisconsin Avenue
        Milwaukee, WI 53202

2.     If you mail your objection to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

3.     You must also mail a copy to:

        Office of the U. S. Trustee         Bruce A. Lanser
        517 East Wisconsin Ave         Bruce A. Lanser, Trustee
        Room 430         P.O. Box 418
        Milwaukee, WI 53202         Hartland, WI 53029

    If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting dismissal of your case.



Bruce A. Lanser, trustee of this case, moves the Court for an order dismissing this case on the grounds that the Debtors failed to appear as required by law at the Meeting of Creditors held pursuant to §341 of the Bankruptcy Code and alleges as follows:

1. The Trustee was appointed by the Office of the United States Trustee as interim trustee for the above-captioned case.

2. A meeting of creditors was scheduled pursuant to the provisions of §341 of the Bankruptcy Code.

3. The Debtors failed to appear at the §341 meeting without just cause.

4. Failure of the Debtors to appear and submit to examination by the trustee has resulted in unreasonable delay by the Debtors that is prejudicial to creditors and constitutes lawful cause for dismissal of this case pursuant to the provisions of §707(a) of the Bankruptcy Code.

WHEREFORE, the trustee requests that the Court enter an order dismissing this case. The trustee does not intend to file a brief in connection with this motion but reserves the right to file a responsive brief if necessary.

Dated: April 11, 2024    Bruce A. Lanser, Trustee
Bruce A. Lanser, Trustee
P.O. Box 418
Hartland, WI 53029
262-361-0003

#####

Case 24-21173-gmh    Doc 21    Filed 04/29/24    Page 4 of 8
000964    6 0 3 0 4 0 0 0 9 6 4 0 1 7



Notice of Undeliverable Mail to Debtor

April 13, 2024

From: United States Bankruptcy Court, Eastern District of Wisconsin

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
    In re: James Matthew Franklin, Case Number 24-21173, gmh

TO THE DEBTOR:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated. Consult an attorney with any legal questions you might have.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court
Room 126, U.S. Courthouse
517 East Wisconsin Avenue
Milwaukee, WI 53202-4581**

---

Undeliverable Address:
MIKE CARLSON MOTOR CO
264 EXCHANGE ST,
BURLESON, TX 76028

Role type/cr id: 12108445
Reason Undeliverable: MOVED NO FORWARDING ADDRESS
THE UPDATED ADDRESS IS:

---

1

000964                                    6 0 3 0 4 0 0 0 9 6 4 0 2 6



_____          _____
Signature of Debtor or Debtor's Attorney                      Date

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**

2

000964    60304000964026



000964                    60304000964035

SAT-60304 0757-2 tra6 24-21173
BAE Systems
Bankruptcy Noticing Center
45479 Holiday Drive
Sterling, VA 20166-9411



000964 964 1 AB 0.544 54952 5 4 10122-1-964

James Matthew Franklin
Christina Lynn Davis
1301 Mayer Street
Mensaha, WI 54952-1404

000964    60304000964035