So Ordered.

Dated: May 1, 2024



G. Michael Halfenger  
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT  
FOR THE EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| IN RE: | James Matthew Franklin and Christina Lynn Davis, | Case No. 24−21173−gmh |
| | Debtors. | Chapter 7 |

## DISMISSAL ORDER

The debtors failed to file information required under 11 U.S.C. § 521(a)(1) within 45 days of the filing of the petition. 11 U.S.C. § 521(i) requires the automatic dismissal of this case for failure to file this information.

Therefore, the debtors' bankruptcy case was dismissed by operation of law effective April 29, 2024 for failure to file all the information required under § 521(a)(1).

The debtors failed to file the following, some of which must be filed to meet the requirements of § 521(a)(1):

- **Schedules A/B−J and Declaration**
- **Statement of Financial Affairs**
- **Form 122A−1 Current Monthly Income**
- **Copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition, by the debtors from any employer of the debtors**

####